IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Young, Rick

Printed: 12/19/07

Case Number: 06 B 02447
Judge: Hollis, Pamela S
Filed: 3/14/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 21, 2007
Confirmed: May 1, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 47,683.32 |  |
| Secured: |  | 14,700.02 |
| Unsecured: |  | 6,316.28 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,512.00 |
| Trustee Fee: |  | 1,312.62 |
| Other Funds: |  | 22,842.40 |
| Totals: | 47,683.32 | 47,683.32 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Jennifer A Blanc Douge | Administrative | 450.00 | 450.00 |
| 2. | Jennifer A Blanc Douge | Administrative | 770.00 | 770.00 |
| 3. | Jennifer A Blanc Douge | Administrative | 292.00 | 292.00 |
| 4. | Jennifer A Blanc Douge | Administrative | 1,000.00 | 1,000.00 |
| 5. | Wells Fargo Financial | Secured | 0.00 | 0.00 |
| 6. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 7. | Burdell Associates/Commission Express | Secured | 10,060.02 | 10,060.02 |
| 8. | Wells Fargo Financial | Secured | 1,140.00 | 1,140.00 |
| 9. | GMAC Mortgage Corporation | Secured | 8,028.13 | 3,500.00 |
| 10. | Capital One | Unsecured | 1,337.73 | 1,337.73 |
| 11. | First National Bank of Omaha | Unsecured | 1,237.00 | 1,237.00 |
| 12. | Seventh Avenue | Unsecured | 101.77 | 101.77 |
| 13. | Brother Loan & Finance | Unsecured | 1,130.11 | 1,046.52 |
| 14. | Aspire Visa | Unsecured | 773.74 | 773.74 |
| 15. | AAA Checkmate LLC | Unsecured | 1,055.20 | 977.16 |
| 16. | Resurgent Capital Services | Unsecured | 362.20 | 362.20 |
| 17. | Capital One | Unsecured | 146.94 | 146.94 |
| 18. | Midnight Velvet | Unsecured | 333.22 | 333.22 |
| 19. | Americredit Financial Ser Inc | Unsecured |  | No Claim Filed |
| 20. | Chase Manhattan | Unsecured |  | No Claim Filed |
| 21. | CB&T | Unsecured |  | No Claim Filed |
| 22. | SBC | Unsecured |  | No Claim Filed |
| 23. | Nicor Gas | Unsecured |  | No Claim Filed |
| 24. | Fingerhut | Unsecured |  | No Claim Filed |
| 25. | TCF Bank | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Young, Rick | | Case Number: 06 B 02447 |
| | | Judge: Hollis, Pamela S |
| Printed: 12/19/07 | | Filed: 3/14/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Illinois Insurance Center | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 28,218.06 | $ 23,528.30 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 77.17 |
| 5% | 51.47 |
| 4.8% | 208.63 |
| 5.4% | 975.35 |
| | _____ |
| | $ 1,312.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

